IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MICHAEL J. JARAMILLO,
    Plaintiff,

No. 2:18-cv-685-GBW-KRS

v.

CHRISTOPHER JOHNSON and
AVIS BUDGET CAR RENTAL, LLC,
    Defendants.

# ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court *sua sponte* following a review of the record in the above-titled cause. Having so reviewed, the Court finds that Plaintiff initiated this action on May 29, 2018 by filing a complaint in the Third Judicial District Court of the State of New Mexico. *See* Doc. 1-2. The matter was then removed to this Court on July 17, 2018. While Plaintiff effectuated service upon Defendant Avis Rent A Car System, LLC (improperly named as Avis Budget Car Rental, LLC) on June 18, 2018, there is nothing in the record to indicate that Plaintiff has either served or attempted to serve Defendant Johnson, an alleged resident of the United Kingdom. The Court notes that the delay in service may be due to the less expeditious international service procedures, *see, e.g.*, Fed.R.Civ.P. 4(f); Rule 1-004(N) NMRA; however, the record is silent on this matter.

**IT IS, THEREFORE, ORDERED** that **on or before August 9, 2018**, Plaintiff shall file a response to this order showing cause why Defendant Johnson should not be dismissed from this action. Plaintiff is hereby notified that failure to respond to this order may result in Defendant Johnson's dismissal from this case without prejudice and without further notice.

_____
UNITED STATES MAGISTRATE JUDGE