# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

MICHAEL J. JARAMILLO,

    Plaintiff,

v.                                                 No. 2:18-cv-00685-JCH-KRS

CHRISTOPHER JOHNSON, and
AVIS BUDGET CAR RENTAL, LLC.,

    Defendants.

## ORDER ADOPTING JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN

At the Rule 16 scheduling conference held on May 13, 2019, the Court reviewed the parties' Joint Status Report and Provisional Discovery Plan (Doc. 27), and adopted it as modified by the dates provided in the Court's Scheduling Order, filed concurrently with this Order.

**IT IS SO ORDERED**.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE