# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

MICHAEL J. JARAMILLO,

    Plaintiff,

v.                                        No. 2:18-cv-00685-JCH-KRS

CHRISTOPHER JOHNSON, and
AVIS BUDGET CAR RENTAL, LLC.,

    Defendants.

## **SCHEDULING ORDER**

**THIS MATTER** comes before the Court following a telephonic Rule 16 scheduling conference held on May 13, 2019. At the hearing, the Court adopted the parties' proposed Joint Status Report and Provisional Discovery Plan.

**IT IS, THEREFORE, ORDERED** that the parties shall follow the following discovery plan:

(a) Maximum of twenty-five interrogatories per party to the other party with responses due thirty days after service.

(b) Maximum of twenty-five requests for admission per party to the other party with responses due thirty days after service.

(c) Maximum of seven (7) depositions per side. Depositions shall not exceed seven (7) hours unless extended by the parties.

**IT IS FURTHER ORDERED** that the following case management deadlines shall govern:

(a) Parties' deadline to amend pleadings or join additional parties in accordance with Federal Rule of Civil Procedure 15: **July 1, 2019 (parties), August 1, 2019 (pleadings)**;

(b) Plaintiff's expert-disclosure deadline: **November 1, 2019**;

(c) Defendant's expert-disclosure: **December 2, 2019**;

(d) Termination of discovery: **January 6, 2020**;

(e) Motions relating to discovery: **February 13, 2020**;

(f) All other motions, including dispositive and *Daubert* motions: **February 20, 2020**;

(g) Pretrial order:   Plaintiff to Defendant by: **March 16, 2020**;

  Defendant to Court by: **March 23, 2020**.

**IT IS FURTHER ORDERED** that the Court must approve any changes to the timing or scope of discovery, other than the parties' agreement to extend the length of a deposition beyond seven hours made during the deposition in question. Discovery must be completed on or before the termination of the discovery deadline. A written discovery request must be propounded by a date so that the response to that request shall be due on or before the discovery deadline. The parties are further reminded that the cutoff for motions related to discovery does not relieve the party of the twenty-one day time period under Local Rule 26.6 to challenge a party's objections to answering discovery. The parties are encouraged to review Federal Rule of Procedure 26(a)(2) to ensure they properly disclose *all* testifying witnesses, not just those for whom a report is required.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE