**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO
LAS CRUCES DIVISION**

MICHAEL J. JARAMILLO,

    Plaintiff,

vs.                                                             Case No.: 2:18-CV-00685-JCH-KRS

CHRISTOPHER JOHNSON,
AVIS BUDGET CAR RENTAL LLC,

    Defendants.

## **ORDER EXTENDING TIME TO FILE CLOSING DOCUMENTS**

**THIS MATTER** having come before the Court on the Stipulated Motion of Plaintiff, Michael J. Jaramillo, and Defendants, Christopher Johnson, Avis Budget Car Rental LLC, to extend the time to file closing documents, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that the time to file closing documents has been extended 30 days. Closing documents must be filed on or before November 27, 2019.

*/s/ Kevin Sweazea*
_____
Kevin R. Sweazea, United States Magistrate Judge